UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esq.
BRENNER, BRENNER & SPILLER
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
Attorneys for Debtor

**Order Filed on September 15, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rodney L. Green and Kim Green

Case No.:    ___14-26182_____

Chapter:    ____13_____

Judge:    _Michael B. Kaplan___

ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 15, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the debtors Motion for Order Approving Loan Modification, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order, it is hereby

**ORDERED** that the debtor be and hereby are allowed a loan modification for real property located at <u>5 Palfrey Lane, Willingboro, NJ  08046</u>     pursuant to the terms outlined in the debtors' certification in support of the loan modification motion; and it is further

**ORDERED** that debtor is authorized to pay the usual and necessary costs and expenses of the settlement; and it is further

**ORDERED** that the debtor shall:

____ Satisfy all Plan obligations from financing proceeds

____ Continue to make payments under the Plan as proposed or confirmed

**ORDERED** that the Court hereby authorizes secured creditor and debtor to enter into a loan modification; and it is further

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, secured creditor shall amend the arrearage portion of its proof of claim to zero or withdraw the claim within thirty (30) days of completion of the loan modification; and it is further

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor, be held until the arrearage portion of the claim is amended to zero or the claim is withdrawn, or the Trustee is notified by the secured creditor that the modification was not consummated; and it is further

**ORDERED** that in the event the modification is not consummated, the secured creditor shall notify the Trustee and debtor attorney of same. Any money that was held by the Trustee pending completion of the modification shall the be paid to secured creditor; and it is further

**ORDERED** that in the event the Proof of Claim is amended to zero or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the provisions of the confirmed plan; and it is further

**ORDERED** that the debtor shall file an Amended Schedule J and Modified Plan within twenty (20) days of this Order; and it is further

**ORDERED** that Communication and/or negotiations between debtor and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation; and it is further

**ORDERED** that the debtor provide an executed copy of the Loan Agreement within ten (10) days of closing; and it is further

**ORDERED** that debtor counsel be allowed a legal fee of $_____500.00_____for representation in connection with this motion, which is to be paid (**choose one**):

_____at closing          ____X___through the plan          _____outside the plan;

and it is further

**ORDERED AND DECREED** that Bayview Loan Servicing, LLC is hereby authorized and permitted to file and record with the appropriate Court Clerk's Office the Loan Modification Agreement and that such recording shall not be deemed a violation of 11 USC §362

2

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney L. Green  
Kim Green  
    Debtors

Case No. 14-26182-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2016  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.  
db/jdb         +Rodney L. Green,    Kim Green,    5 Palfrey Lane,    Willingboro, NJ 08046-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:  
         Albert    Russo    docs@russotrustee.com  
         Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Albert    Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com  
         Alexandra T. Garcia     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com  
         Andrew    Sklar     on behalf of Creditor    Carvant Financial, LLC andy@sklarlaw.com, heather@sklarlaw.com  
         Brad J. Spiller     on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com  
         Brad J. Spiller     on behalf of Joint Debtor Kim    Green bankruptcy@brennerlawoffice.com  
         Joshua I. Goldman     on behalf of Creditor     BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Joshua I. Goldman     on behalf of Creditor     Bayview Loan Servicing, LLC, a Delaware Limited Liability Company jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nicholas V. Rogers     on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
                                                                                                      TOTAL: 10