Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–26182–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodney L. Green                                    Kim Green
5 Palfrey Lane                                     5 Palfrey Lane
Willingboro, NJ 08046                              Willingboro, NJ 08046

Social Security No.:
  xxx–xx–1957                                      xxx–xx–1291

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 8, 2016.

On October 14, 2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:                    November 22, 2016
Time:                     10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 17, 2016
JJW: wdr

                                                          James J. Waldron
                                                          Clerk

Case 14-26182-MBK    Doc 76    Filed 10/19/16    Entered 10/20/16 00:44:30    Desc Imaged
                             Certificate of Notice    Page 2 of 3

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                    Case No. 14-26182-MBK
Rodney L. Green                                                           Chapter 13
Kim Green
           Debtors                      CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Oct 17, 2016
                              Form ID: 185                Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db/jdb         +Rodney L. Green,    Kim Green,    5 Palfrey Lane,    Willingboro, NJ 08046-2608
cr             +Carvant Financial, LLC,    P.O. Box 465,    Syosset, NY 11791-0465
515062062       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515207941       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
514970331      +Amex,   PO BOX 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
515111840       Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
515407194       Bank of America, NA,    PO Box 660933,    Dallas, TX 75266-0933
514970332      +Bk Of Amer,    ATTN: CORRESPONDENCE UNIT/CA6-919-02-4,    Po Box 5170,
                Simi Valley, CA 93062-5170
514970333       Bur Acct Mgm,    Bureau Of Account,    Camp Hill, PA   17011
514970342     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: TMobile,     PO Box 742596,   Cincinnati, OH 45274-2596)
515062734      +CERASTES, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
514970334      #+Cap One,    Po Box 5253,   Carol Stream, IL 60197-5253
514970335       Capital Collection Svc,    300 N Route 73,    West Berlin, NJ   08091
514970336      +Carvant Financial Llc,    6901 Jericho Turnpike,    Syosset, NY 11791-4464
515121333       EMERG PHY ASSOC OF S.JERSEY,PC,     PO Box 1109,   Minneapolis, MN   55440-1109
514970337      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
514970344      +Wfds/wds,    Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:10:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:10:49     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Oct 17 2016 23:10:36     Dept of Treasury IRS,
                955 S Springfield Ave,    Bldg A,    Springfield, NJ   07081
515152318      +E-mail/Text: EBNProcessing@afni.com Oct 17 2016 23:10:52     Afni, Inc,    PO Box 3667,
                Bloomington, IL 61702-3667
514982427       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 17 2016 23:07:11
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK   73126-8941
515450209      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 17 2016 23:10:57
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                Coral Gables, Florida 33146-1837
514971107      +E-mail/Text: bankruptcy@cavps.com Oct 17 2016 23:10:55     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
514970339      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2016 23:10:48     Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514970340      +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2016 23:11:05     Nco Fin/51,    Pob 15273,
                Wilmington, DE 19850-5273
515306555       E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 23:06:37     Synchrony Bank,
                c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
515062214       E-mail/Text: bankruptcy@td.com Oct 17 2016 23:10:51     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
514970341      +E-mail/Text: bankruptcy@td.com Oct 17 2016 23:10:51     Td Bank N.a.,
                TD BANK/ATTN: BANKRUPTCY,    Po Box 1377,    Lewiston, ME 04243-1377
515134892      +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 17 2016 23:10:49
                WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
514970343      +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 17 2016 23:10:49
                Westlake Financial Svc,    4751 Wilshire Blvd Suite 100,    Los Angeles, CA 90010-3847
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514970338*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     PO Box 21126,
                Philadelphia, PA   19114-0326)
515001258*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 17, 2016
                              Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Alexandra T. Garcia     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com
              Andrew   Sklar    on behalf of Creditor    Carvant Financial, LLC andy@sklarlaw.com,
               heather@sklarlaw.com
              Brad J. Spiller    on behalf of Joint Debtor Kim   Green bankruptcy@brennerlawoffice.com
              Brad J. Spiller    on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                              TOTAL: 10