Last revised 8/1/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:
Rodney L. Green and Kim Green

Case No.: 14-26182-MBK

Judge: Michael B. Kaplan

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original                ☒ Modified/Notice Required            ☒ Discharge Sought
☐ Motions Included        ☐ Modified/No Notice Required         ☐ No Discharge Sought

Date: 10/14/2016

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

### Part 1: Payment and Length of Plan

a. The debtor shall pay $ 694.00 per month to the Chapter 13 Trustee, starting on 11/01/2016 for approximately 34 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Brad J. Spiller, Esquire<br>Internal Revenue Service | Attorney's fees<br>Federal income tax | $2,781.00<br>Unknown |

**Part 4:    Secured Claims**

**a. Curing Default and Maintaining Payments**
The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

2

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

| d. **Secured Claims Unaffected by the Plan** | Bk of Amer, TD Bank |
|---|---|
| The following secured claims are unaffected by the Plan: | |

e. **Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| Westlake Financial Svc | 2004 Cadillac Escalade | $8,579.00 |
| Carvant Financial Llc | 2007 Pontiac G6 | $8,408.00 |

## Part 5: Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
| | | |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

    **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Brad J. Spiller, Esquire
3) Secured
4) Unsecured

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Loan Modification has been approved. | Removing mortgage arrears. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒ Yes    ☐ No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 10/14/2016                                /s/ Brad J. Spiller
                                                Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 10/14/2016                                /s/ Rodney L. Green
                                                Debtor

Date: 10/14/2016                                /s/ Kim Green
                                                Joint Debtor

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                          Case No. 14-26182-MBK
Rodney L. Green                                                 Chapter 13
Kim Green
          Debtors
                                 CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 2                   Date Rcvd: Oct 17, 2016
                               Form ID: pdf901          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db/jdb         +Rodney L. Green,   Kim Green,    5 Palfrey Lane,   Willingboro, NJ 08046-2608
cr             +Carvant Financial, LLC,   P.O. Box 465,   Syosset, NY 11791-0465
515062062       American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
515207941       American InfoSource LP as agent for,    DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA 90051-5478
514970331      +Amex,   PO BOX 3001,   16 General Warren Blvd,   Malvern, PA 19355-1245
515111840       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
515407194       Bank of America, NA,   PO Box 660933,   Dallas, TX 75266-0933
514970332      +Bk Of Amer,   ATTN: CORRESPONDENCE UNIT/CA6-919-02-4,   Po Box 5170,
                 Simi Valley, CA 93062-5170
514970333       Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA 17011
514970342      ++C O AMERICAN INFOSOURCE LP,   4515 N SANTA FE AVE,   OKLAHOMA CITY OK 73118-7901
                 (address filed with court: TMobile,    PO Box 742596,   Cincinnati, OH 45274-2596)
515062734      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514970334     #+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
514970335       Capital Collection Svc,   300 N Route 73,   West Berlin, NJ 08091
514970336      +Carvant Financial Llc,   6901 Jericho Turnpike,   Syosset, NY 11791-4464
515121333       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,   Minneapolis, MN 55440-1109
514970337      +First Premier Bank,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
514970344      +Wfds/wds,   Po Box 3569,   Rancho Cucamonga, CA 91729-3569

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:57:11    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:57:05    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Oct 17 2016 23:56:41    Dept of Treasury IRS,
                 955 S Springfield Ave,   Bldg A,   Springfield, NJ 07081
515152318      +E-mail/Text: EBNProcessing@afni.com Oct 17 2016 23:57:17    Afni, Inc,   PO Box 3667,
                 Bloomington, IL 61702-3667
514982427       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 00:01:49
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK 73126-8941
515450209      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 17 2016 23:57:30
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
514971107      +E-mail/Text: bankruptcy@cavps.com Oct 17 2016 23:57:23    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
514970339      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2016 23:57:04    Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
514970340      +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2016 23:57:52    Nco Fin/51,   Pob 15273,
                 Wilmington, DE 19850-5273
515306555       E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2016 23:55:28    Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
515062214       E-mail/Text: bankruptcy@td.com Oct 17 2016 23:57:13    TD Bank N.A.,   Attn: Bankruptcy Dept.,
                 ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
514970341      +E-mail/Text: bankruptcy@td.com Oct 17 2016 23:57:13    Td Bank N.a.,
                 TD BANK/ATTN: BANKRUPTCY,   Po Box 1377,   Lewiston, ME 04243-1377
515134892      +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 17 2016 23:57:06
                 WESTLAKE FINANCIAL SERVICES,   4751 WILSHIRE BLVD,   SUITE 100,   LOS ANGELES CA 90010-3847
514970343      +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 17 2016 23:57:06
                 Westlake Financial Svc,   4751 Wilshire Blvd Suite 100,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514970338*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA 19114-0326)
515001258*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Oct 17, 2016
                              Form ID: pdf901            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com
          Andrew    Sklar    on behalf of Creditor    Carvant Financial, LLC andy@sklarlaw.com,
           heather@sklarlaw.com
          Brad J. Spiller    on behalf of Joint Debtor Kim    Green bankruptcy@brennerlawoffice.com
          Brad J. Spiller    on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com
          Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                             TOTAL: 10
```