UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Brenner & Spiller
Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ  08106

Order Filed on November 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rodney L. Green
Kim Green

Case No.:       14-26182

Chapter:            13

Judge:             MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 28, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller, Esquire_____, the applicant, is allowed a fee of $ _____2200_____ for services rendered and expenses in the amount of $_____ for a total of $_____2200_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____766_____ per month for _____34_____ months to allow for payment of the above fee.

*rev.8/1/15*