UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brenner, Brenner & Spiller
Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ  08106

**Order Filed on November 28, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Rodney L. Green
Kim Green

Case No.:   _____14-26182_____

Chapter:   13

Judge:   _____MBK_____

---

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 28, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller, Esquire_____, the applicant, is allowed a fee of $ _____2200_____ for services rendered and expenses in the amount of $_____ for a total of $_____2200_____ . The allowance is payable:

☒  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____766_____ per month for _____34_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-26182-MBK
Rodney L. Green                                                       Chapter 13
Kim Green
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Nov 29, 2016
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db/jdb          +Rodney L. Green,   Kim Green,   5 Palfrey Lane,   Willingboro, NJ 08046-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
          Albert   Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com
          Andrew   Sklar   on behalf of Creditor   Carvant Financial, LLC andy@sklarlaw.com,
           dolores@sklarlaw.com
          Brad J. Spiller   on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com
          Brad J. Spiller   on behalf of Joint Debtor Kim  Green bankruptcy@brennerlawoffice.com
          Joshua I. Goldman   on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          R. A. Lebron   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                          TOTAL: 10