UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Brenner, Brenner & Spiller
Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)

Order Filed on August 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rodney L. Green
Kim Green

Case No.: 14-26182

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: August 1, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller, Esquire_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____832_____ per month for _____26_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney L. Green  
Kim Green  
    Debtors

Case No. 14-26182-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.  
db/jdb        +Rodney L. Green,   Kim Green,   5 Palfrey Lane,   Willingboro, NJ 08046-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:

         Albert   Russo    docs@russotrustee.com  
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
         Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com  
         Alexandra T. Garcia    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com  
         Andrew   Sklar    on behalf of Creditor    Carvant Financial, LLC andy@sklarlaw.com, dolores@sklarlaw.com  
         Brad J. Spiller    on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Brad J. Spiller    on behalf of Joint Debtor Kim   Green bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com  
         Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
                                                                               TOTAL: 13