UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire (BS1035)
Brenner, Brenner & Spiller
175 Richey Avenue
W. Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor

| | |
|---|---|
| In Re:<br><br>Rodney L. Green<br>Kim Green,<br><br>Debtors. | Case No.: 14-26182<br>Judge: MBK<br>Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☒ Certification of Default filed by __Bayview Loan Servicing LLC__,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ _#5,000_, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

☑ Other (explain your answer):

I will pay $5,000.00 to catch up on the curredrs

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 10-18-17

Debtor's Signature

Date: _____

Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15

Case # 14-26182

17000477

**Beneficial Bank**
Treasurer's Account

No. 41168320
3-7568
2360

October 18, 2017

PAY TO THE ORDER OF: BAYVIEW LOANS

$5,000.00

Five Thousand Dollars AND 00 Cents

Kim Green
Case # 14-26182

AUTHORIZED SIGNATURE

⑊41168320⑊ ⑆236075689⑆ 960000129 2⑊