Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14–26182–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodney L. Green                                                    Kim Green
5 Palfrey Lane                                                         5 Palfrey Lane
Willingboro, NJ 08046                                           Willingboro, NJ 08046

Social Security No.:
   xxx–xx–1957                                                        xxx–xx–1291

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 11/21/17 at 10:00 AM

to consider and act upon the following:

**93** – Creditor's Certification of Default (related document:92 Order on Motion For Relief From Stay) filed by Alexandra T. Garcia on behalf of BAYVIEW LOAN SERVICING, LLC. Objection deadline is 10/20/2017. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) (Garcia, Alexandra)

Dated: 10/20/17

                                                                              Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court