Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 14−26182−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney L. Green                                           Kim Green
   5 Palfrey Lane                                             5 Palfrey Lane
   Willingboro, NJ 08046                           Willingboro, NJ 08046

Social Security No.:
   xxx−xx−1957                                              xxx−xx−1291

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/21/17 at 10:00 AM

to consider and act upon the following:

*93* − Creditor's Certification of Default (related document:92 Order on Motion For Relief From Stay) filed by Alexandra T. Garcia on behalf of BAYVIEW LOAN SERVICING, LLC. Objection deadline is 10/20/2017. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) (Garcia, Alexandra)

Dated: 10/20/17

                                                                                  Jeanne Naughton
                                                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Rodney L. Green
Kim Green
    Debtors

Case No. 14-26182-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Oct 20, 2017
Form ID: ntchrgbk      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
db/jdb      +Rodney L. Green,    Kim Green,    5 Palfrey Lane,    Willingboro, NJ 08046-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
     Albert Russo    docs@russotrustee.com
     Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
     Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com
     Alexandra T. Garcia    on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company NJECFMAIL@mwc-law.com
     Alexandra T. Garcia    on behalf of Creditor BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
     Andrew Sklar    on behalf of Creditor Carvant Financial, LLC andy@sklarlaw.com, dolores@sklarlaw.com
     Brad J. Spiller    on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
     Brad J. Spiller    on behalf of Joint Debtor Kim Green bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
     Celine P. Derkrikorian    on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company njecfmail@mwc-law.com
     Denise E. Carlon    on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Joshua I. Goldman    on behalf of Creditor Bayview Loan Servicing, LLC, a Delaware Limited Liability Company jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     Joshua I. Goldman    on behalf of Creditor BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
     R. A. Lebron    on behalf of Creditor BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
     TOTAL: 13