UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Andrew T. Archer, Esq.
Brenner, Spiller & Archer
175 Richey Avenue
W. Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
ATA 005272008

In Re:

Rodney L. Green
Kim Green,
                    Debtors.

Case No.: _____14-26182_____

Judge: _____MBK_____

Chapter:                13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1.      ☐ Motion for Relief from the Automatic Stay filed by _____

creditor. -

A hearing has been scheduled for _____, at _____.


☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.


☒ Certification of Default filed by _____Standing Trustee_____.

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (choose one):

☒ Payments have been made in the amount of $ ___1664.00___, but have not

been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**: I PAid on 2/25/19  1664.00
I will pay this month before 3/30/19      1664.00
the balance will be Paid by 4/15/19  1630.00

3.    This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: ___3.5.19___

Debtor's Signature

Date: ___3.5.19___

Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*