Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.: 14–26182–MBK
                Chapter: 13
                Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Rodney L. Green | Kim Green |
| 5 Palfrey Lane | 5 Palfrey Lane |
| Willingboro, NJ 08046 | Willingboro, NJ 08046 |

Social Security No.:
  xxx–xx–1957                                 xxx–xx–1291

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/9/19 at 09:00 AM

to consider and act upon the following:

*102* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/8/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/8/19

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court