Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  14−26182−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodney L. Green
5 Palfrey Lane
Willingboro, NJ 08046

Kim Green
5 Palfrey Lane
Willingboro, NJ 08046

Social Security No.:
   xxx−xx−1957
   xxx−xx−1291

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/9/19 at 09:00 AM

to consider and act upon the following:

*102* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 3/8/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 3/8/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-26182-MBK
Rodney L. Green                                                           Chapter 13
Kim Green
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 08, 2019
                                 Form ID: ntchrgbk         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 10, 2019.
db/jdb       +Rodney L. Green,    Kim Green,    5 Palfrey Lane,    Willingboro, NJ 08046-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2019 at the address(es) listed below:
        Albert    Russo    docs@russotrustee.com
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
        Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company NJECFMAIL@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
        Alexandra T. Garcia    on behalf of Creditor     BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Andrew   Sklar    on behalf of Creditor    Carvant Financial, LLC andy@sklarlaw.com,
         dolores@sklarlaw.com
        Andrew Thomas Archer    on behalf of Joint Debtor Kim   Green aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Andrew Thomas Archer    on behalf of Debtor Rodney L. Green aarcher@brennerlawoffice.com,
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
        Brad J. Spiller    on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com,
         aarcher@brennerlawoffice.com
        Brad J. Spiller    on behalf of Joint Debtor Kim   Green bankruptcy@brennerlawoffice.com,
         aarcher@brennerlawoffice.com
        Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company njecfmail@mwc-law.com
        Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Joshua I. Goldman    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Melissa S DiCerbo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                                             TOTAL: 16