Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–26182–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodney L. Green                                       Kim Green
5 Palfrey Lane                                         5 Palfrey Lane
Willingboro, NJ 08046                                 Willingboro, NJ 08046

Social Security No.:
  xxx–xx–1957                                         xxx–xx–1291

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on August 28, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 28, 2019
JAN: amg

                                                                        Jeanne Naughton
                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 14-26182-MBK
Rodney L. Green  Chapter 13
Kim Green
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Aug 28, 2019
                                    Form ID: 148    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.
```
db/jdb         +Rodney L. Green,   Kim Green,    5 Palfrey Lane,   Willingboro, NJ 08046-2608
515207941       American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 51178,
                 Los Angeles, CA  90051-5478
515111840       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
515407194       Bank of America, NA,   PO Box 660933,   Dallas, TX 75266-0933
514970333       Bur Acct Mgm,   Bureau Of Account,   Camp Hill, PA  17011
515062734      +CERASTES, LLC,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
514970335       Capital Collection Svc,   300 N Route 73,   West Berlin, NJ  08091
515121333       EMERG PHY ASSOC OF S.JERSEY,PC,   PO Box 1109,   Minneapolis, MN  55440-1109
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2019 23:48:35      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2019 23:48:32      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              EDI: IRS.COM Aug 29 2019 03:13:00      Dept of Treasury IRS,   955 S Springfield Ave,   Bldg A,
                 Springfield, NJ  07081
515152318      +EDI: AFNIRECOVERY.COM Aug 29 2019 03:13:00      Afni, Inc,   PO Box 3667,
                 Bloomington, IL 61702-3667
515062062       EDI: BECKLEE.COM Aug 29 2019 03:13:00      American Express Bank, FSB,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
514982427       EDI: AIS.COM Aug 29 2019 03:13:00      American InfoSource LP as agent for,
                 Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
514970331      +EDI: BECKLEE.COM Aug 29 2019 03:13:00      Amex,   PO BOX 3001,   16 General Warren Blvd,
                 Malvern, PA 19355-1245
515450209      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 28 2019 23:49:01
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
514970332      +EDI: BANKAMER.COM Aug 29 2019 03:13:00      Bk Of Amer,   ATTN: CORRESPONDENCE UNIT/CA6-919-02-4,
                 Po Box 5170,   Simi Valley, CA 93062-5170
514970336       E-mail/Text: REPO@CARVANT.COM Aug 28 2019 23:46:00      Carvant Financial Llc,
                 6901 Jericho Turnpike,   Syosset, NY  11791
514970334      +EDI: CAPITALONE.COM Aug 29 2019 03:13:00      Cap One,   Po Box 5253,
                 Carol Stream, IL 60197-5253
514971107      +E-mail/Text: bankruptcy@cavps.com Aug 28 2019 23:48:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
514970337      +EDI: AMINFOFP.COM Aug 29 2019 03:13:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
514970339      +EDI: MID8.COM Aug 29 2019 03:13:00      Midland Funding,   8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
514970340      +E-mail/Text: bankruptcydepartment@tsico.com Aug 28 2019 23:49:11      Nco Fin/51,   Pob 15273,
                 Wilmington, DE 19850-5273
517291437       EDI: PRA.COM Aug 29 2019 03:13:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541
517291438       EDI: PRA.COM Aug 29 2019 03:13:00      Portfolio Recovery Associates, LLC,   PO Box 41067,
                 Norfolk, VA 23541,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
515306555       EDI: RMSC.COM Aug 29 2019 03:13:00      Synchrony Bank,
                 c/o of Recovery Management Systems Corp,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
514970342       EDI: AISTMBL.COM Aug 29 2019 03:13:00      TMobile,   PO Box 742596,
                 Cincinnati, OH  45274-2596
515062214       EDI: TDBANKNORTH.COM Aug 29 2019 03:13:00      TD Bank N.A.,   Attn: Bankruptcy Dept.,
                 ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
514970341       EDI: TDBANKNORTH.COM Aug 29 2019 03:13:00      Td Bank N.a.,   TD BANK/ATTN: BANKRUPTCY,
                 Po Box 1377,   Lewiston, ME  04243
515134892      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 28 2019 23:48:33
                 WESTLAKE FINANCIAL SERVICES,   4751 WILSHIRE BLVD,   SUITE 100,   LOS ANGELES CA 90010-3847
514970343      +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 28 2019 23:48:33
                 Westlake Financial Svc,   4751 Wilshire Blvd Suite 100,   Los Angeles, CA 90010-3847
514970344      +EDI: WFFC.COM Aug 29 2019 03:13:00      Wfds/wds,   Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                              TOTAL: 24
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
514970338*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,   PO Box 21126,
                 Philadelphia, PA  19114-0326)
515001258*      Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Aug 28, 2019
                              Form ID: 148             Total Noticed: 32

cr           ##+Carvant Financial, LLC,    P.O. Box 465,    Syosset, NY 11791-0465
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
              Andrew   Sklar    on behalf of Creditor    Carvant Financial, LLC andy@sklarlaw.com,
               dolores@sklarlaw.com
              Andrew Thomas Archer    on behalf of Debtor Rodney L. Green aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Joint Debtor Kim  Green aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Joint Debtor Kim  Green bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Debtor Rodney L. Green bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company njecfmail@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
                                                                                               TOTAL: 16